The People of the State of Illinois, Plaintiff-Appellant, *v.* Larry Macon, Defendant-Appellee.

(Nos. 60506-7 cons.;

First District (3rd Division)—January 9, 1975.

PER CURIAM.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Thomas D. Rafter, and Bruce H. Weitzman, Assistant State's Attorneys, of counsel), for the People.

No brief for appellee.